1 BENJAMIN B. WAGNER
United States Attorney
2 LAURA A. HUGGINS
Special Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

5

6 Attorneys for Plaintiff
United States of America

7

8

9 IN THE UNITED STATES DISTRICT COURT

10 EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,              CASE NO. 2:14-CR-00298-KJN

12            Plaintiff,                  ORDER CONTINUING ARRAIGNMENT

13       v.

14 DAVID ALLEN KIRSTEN,

15            Defendant.

16

17       It is hereby ordered that the arraignment scheduled for December 3, 2014 at 9:00 a.m., is

18 continued to December 10, 2014, at 9:00 a.m.

19 Dated:  December 1, 2014

20

21                                        _____
                                          KENDALL J. NEWMAN
22                                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28