1  BENJAMIN B. WAGNER
   United States Attorney
2  LAURA A. HUGGINS
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

5

6  Attorneys for Plaintiff
   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:14-CR-00298-KJN

12                        Plaintiff,       STIPULATION AND ORDER TO CONTINUE
                                           STATUS
13              v.
                                           DATE: March 11, 2015
14  DAVID KIRSTEN,                         TIME: 9:00 a.m.
                                           COURT: Hon. Kendall J. Newman
15                        Defendant.

16

17       The United States through its undersigned counsel, Laura A. Huggins, Special Assistant United

18  States Attorney, and Mark J. Reichel, attorney for the defendant, David Kirsten, hereby stipulate to

19  continue the status conference scheduled for March 11, 2015 at 9:00 a.m. to April 8, 2015 at 9:00 a.m.

20  Speedy trial time is to be excluded from the date of this stipulation through April 8, 2015 in order to

21  provide counsel reasonable time to prepare, pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv) and Local

22  Code T4.  Specifically, defense counsel, Mark J. Reichel, requests additional time to review discovery

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION TO CONTINUE STATUS CONFERENCE                    1

1  and discuss possible resolution with the defendant.

2

3  Dated:  March 10, 2015                                    BENJAMIN B. WAGNER
                                                            United States Attorney
4

5                                                          /s/ *Laura A. Huggins*

6                                          By: _____
                                                            LAURA A. HUGGINS
7                                                           Special Assistant U.S. Attorney

8                                                          */s/ Mark J. Reichel*

9  Dated:  March 10, 2015                   By: _____
                                                            MARK J. REICHEL
10                                                          Attorney for Defendant

11

12

13                                        **ORDER**

14        The Court, having received, read, and considered the stipulation of the parties, and good cause

15  appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court

16  specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time

17  necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds

18  that the ends of justice to be served by granting the requested continuance outweigh the best interests of

19  the public and defendant in a speedy trial.

20        The Court orders that the time from the date of the parties' stipulation, up to and including April

21  8, 2015, shall be excluded from the computation of time within which the trial of this case must be

22  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,

23  in order to provide counsel with reasonable time to prepare.  It is further ordered that the status

24  conference set for March 11, 2015 shall be continued to April 8, 2015, at 9:00 a.m.

25  Dated:  March 10, 2015

26

27  _____
    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

28