MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, 8th floor Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail: mark@reichellaw.com

Attorney for Defendant
DAVE KIRSTEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVE KIRSTEN<br><br>    Defendant. | No. 14 CR-S-298 KJN<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date: April 22, 2015<br>Time:  9:00 a.m.<br>Judge:  Hon Kendal J. Newman |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorneys for defendants, that the present date for the status conference shall be re calendared for April 22, 2015.

Counsel and his client are continuing their review of the discovery provided, conducting legal research and factual development, and engaging in efforts to resolve the case. As such, based upon the foregoing, all counsel and defendants agree that the time under the Speedy Trial Act from the date this stipulation is lodged, through April 22, 2015, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: April 7, 2015. Respectfully submitted,

/s/ *Mark J. Reichel*

Attorney for defendant

BENJAMIN B. WAGNER

United States Attorney

/s/ Mark J. Reichel for:

*Laura Huggins*

Assistant U.S. Attorney

Attorney for Plaintiff

## ORDER

IT IS SO ORDERED. For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7).

Dated:  April  7, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE