UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-cr-00298-KJN |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ALLEN KIRSTEN, | ) | Date: December 20, 2017 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Kendall J. Newman |
| | ) | |

**<u>ORDER TO SHOW CAUSE AND ISSUE NOTICE TO APPEAR</u>**

It is Hereby Ordered that the defendant shall appear on December 20, 2017, at 9:00 a.m., to show cause why the probation granted on April 28, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

It is further ordered that the Clerk's office shall issue a notice to appear directing the defendant to appear on December 20, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 29, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE